JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA JOANN COATS GRIFFIN,<br><br>Plaintiff(s),<br><br>vs.<br><br>MYMEDICARERATES.COM LLC,<br><br>Defendant(s). | Case No. 2:24-cv-00038-RGK-AGRx<br><br>**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |

On April 10, 2024, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [10] ("OSC"), which ordered plaintiff to file proof of timely service of the summons and complaint on all defendants. On April 11, 2024, plaintiff filed a response [11] to the OSC. The Court finds no good cause for the delay in service and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 16, 2024

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE